```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      WESTERN DIVISION
```

EASTER PRATER                                          PLAINTIFF

VS.                         CIVIL ACTION NO. 5:13-cv-23(DCB)(MTP)

WILKINSON COUNTY, MISSISSIPPI;
WILKINSON COUNTY, MISSISSIPPI
BOARD OF SUPERVISORS; WILL SEAL;
BILL BANKSTON; and JENNINGS NETTLES                   DEFENDANTS

                            ORDER

   This cause is before the Court on defendant Wilkinson County's motion to dismiss the Wilkinson County Board of Supervisors **(docket entry 5)**.  As stated by Wilkinson County in its motion, the Wilkinson County Board of Supervisors is not a political subdivision subject to suit, and claims against it must be brought against Wilkinson County, Mississippi.  The plaintiff states in her response that she does not oppose the motion.

   Accordingly,

   IT IS HEREBY ORDERED that defendant Wilkinson County's motion to dismiss the Wilkinson County Board of Supervisors **(docket entry 5)** is GRANTED;

   FURTHER ORDERED that the Wilkinson County Board of Supervisors is dismissed with prejudice.

   SO ORDERED, this the 5th day of November,

                                _____
                                UNITED STATES DISTRICT JUDGE