IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

EASTER PRATER                                                           PLAINTIFF

VS.                                     CIVIL ACTION NO. 5:13-cv-23(DCB)(MTP)

WILKINSON COUNTY, MISSISSIPPI;
WILKINSON COUNTY, MISSISSIPPI
BOARD OF SUPERVISORS; WILL SEAL;
BILL BANKSTON; and JENNINGS NETTLES                                     DEFENDANTS

ORDER

This cause is before the Court on defendant Wilkinson County's motion to dismiss the Wilkinson County Board of Supervisors (**docket entry 5**). As stated by Wilkinson County in its motion, the Wilkinson County Board of Supervisors is not a political subdivision subject to suit, and claims against it must be brought against Wilkinson County, Mississippi. The plaintiff states in her response that she does not oppose the motion.

Accordingly,

IT IS HEREBY ORDERED that defendant Wilkinson County's motion to dismiss the Wilkinson County Board of Supervisors (**docket entry 5**) is GRANTED;

FURTHER ORDERED that the Wilkinson County Board of Supervisors is dismissed with prejudice.

SO ORDERED, this the 5th day of November, 2013.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE