IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTEREN DIVISION

**Easter Prater**                                                                    PLAINTIFF

VS.                                      CIVIL ACTION NO: 5:13-cv-23-DCB-MTP

WILKINSON COUNTY, MISSISSIPPI;
WILKINSON COUNTY, MISSISSIPPI BOARD OF
SUPERVISORS; WILL SEAL;
BILL BANKSTON; and JENNINGS NETTLES                                 DEFENDANTS

### ORDER FOR PLAINTIFF TO SUBMIT
### PROPOSED AMENDED COMPLAINT

This cause is before the Court on Plaintiff's, Easter Prater, Motion to Amend/Correct Complaint **[docket entry no. 28].** Prater included no attachments to her motion.

Accordingly,

IT IS HEREBY ORDERED that the Plaintiff shall file a proposed amended complaint within fourteen (14) days from the date of entry of this Order.

SO ORDERED, this the 8th day of October, 2014.

                                                /s/ David Bramlette
                                              UNITED STATES DISTRICT JUDGE